**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6716

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT ALLEN MCCLINTON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:19-cr-00394-FDW-DSC-1; 3:23-cv-00364-FDW)

Submitted: November 14, 2024                     Decided: November 19, 2024

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Remanded by unpublished per curiam opinion.

Robert Allen McClinton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Allen McClinton seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 motion. The district court received the notice of appeal after the appeal period expired on March 11, 2024. Because McClinton is incarcerated, the notice is considered filed as of the date it was delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c)(1); *Houston v. Lack*, 487 U.S. 266, 276 (1988). Here, McClinton mailed his notice of appeal to the district court on July 18, 2024. However, McClinton alleged in his notice that he delivered a notice of appeal to prison officials on March 5, 2024. Accordingly, we remand this case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely under Rule 4(c)(1) and *Houston*. The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED*
